UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 18-14132-LMI
CHAPTER 13

IN RE:

**KEVIN WILFRED QUARRY,**
          Debtor(s)
_____/

NOTICE OF APPEARANCE
(6531 SW 63 CT, MIAMI, FLORIDA 33143-)

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for BankUnited, N.A., its Successors and/or Assigns, a secured creditor of the above styled Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**DATED** this ___4th___ day of ___May___, 2018.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc C. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☒ Taji Foreman, Esq., Fla. Bar No.: 58606

File No.  17-00465 BU
V3.20160414

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this 4th day of May, 2018.

Kevin Wilfred Quarry
6531 Sw 83 Court
Miami, Florida 33143

Legal Services Of Greater Miami, Inc.
Carolina A. Lombardi, Esq.
Attorney for Debtor(s)
4343 West Flagler Street #100
Miami Florida 33134

Nancy K. Neidich, Trustee
Po Box 279806
Miramar, Florida 33027-

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380
By: _____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☑ Taji Foreman, Esq., Fla. Bar No.: 58606

File No.  17-00465 BU
V3.20160414