RE: Kevin Wilfred Quarry          **PRO SE**          Case # 18-14132 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ✔ Tax returns:          Corp 2016-2017
- ✔ Bank Account Statements ✔ 3 months pre-petition
  - #0163/0733 (1/9-CLOSING STMT)
  - #0733 (1/9--4/9/18)
- __ Check copy
- __ Explain W/D
- ✔ FMV(NADA/Carmax), Reg and Payoff: Vehicles
  - 72 BMW
- __ FMV and Payoff: Real Estate
- __ Non homestead Information Sheet
- __ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✔ BDQ & attachments ✔ Profit & Loss ✔ Balance Sheet
- ✔ Bank statements and checks ✔ 3 months

- __ Photo ID(s)   LF 90   ✔ LF67   LF10
- __ Domestic Support Info: name address and phone
- __ Affidavit of Support
- ✔ Missing 2016(B)
- __ Other provisions
- ✔ Plan does not fund (1-60)
- __ Calculation errors/improper months
- __ Valuation motion has not been filed
- __ MMM motion not filed
- __ Reaffirm, redeem or surrender Sch D & G creditor
- __ Creditor paid through the Plan has not filed a POC
- __ Priority debt on Sch E not in plan
- __ Object or Conform to Proof of Claim
  - __ Miami-Dade County   __ Tax Certificate(DE#___)
  - __ Dept of Revenue   __ IRS
- ✔ Amend Sch B to provide BK #0733

Reviewed documents received prior to 5/22/2018
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE:  Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting.  In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954) 443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*