UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 18-14132-LMI
CHAPTER 32

IN RE:

KEVIN WILFRED QUARRY
**Debtor**
_____/

BANKUNITED'S RESPONSE TO DEBTOR'S
OBJECTION TO CLAIM ON SHORTENED NOTICE (DE # 32)

COMES NOW, BankUnited, N.A, its Successors and/or Assigns (hereinafter "Secured Creditor"), by and through its undersigned attorney, as and for its *Response to the Debtor's Objection to Claim on Shortened Notice* (Docket No. 32) and in support thereof states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 9, 2018.

2. Secured Creditor holds a first mortgage on the real property owned by the Debtor and located at **6531 SW 63 Ct, Miami, Florida 33143** (the "Property"), by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida in O.R. 23665 at Pages 1441 - 1446.  Said Mortgage secures a Note in the amount of $63,000.00.

3. The aforementioned Mortgage gives Secured Creditor a first mortgage position on the Property.

4. On May 22, 2018, Secured Creditor timely-filed its Proof of Claim No. 2-1 evidencing pre-petition arrears of $22,749.94 and a total secured claim of $65,396.29 (the "Claim").

5. On June 18, 2018, the Debtor filed his *Objection to Claim on Shortened Notice* (Docket No. 32), requesting greater specificity as to the escrow deficiency of $12,630.02 separately itemized in the total debt calculation of the Claim.

6. Below is a breakdown of the **$12,630.02 escrow deficiency**:

| Date | Amount | Description | Escrow Balance |
|------|--------|-------------|----------------|
| 11/19/2016 | $1,751.83 | Tax Advance | $1,751.83 |
| 11/22/2016 | ($809.17) | Credit/Payment | $942.33 |
| 12/19/2016 | ($809.17) | Credit/Payment | $133.49 |

| Date | Amount | Description | Escrow Balance |
|------|--------|-------------|----------------|
| 04/13/2017 | $4,096.00 | Insurance Advance | $4,229.49 |
| 06/07/2017 | ($767.70) | Credit/Payment | $3,461.79 |
| 06/07/2017 | ($767.70) | Credit/Payment | $2,694.09 |
| 06/07/2017 | ($190.97) | Credit/Payment | $2,503.12 |

| Date | Amount | Description | Escrow Balance |
|------|--------|-------------|----------------|
| 11/20/2017 | $5,222.10 | Tax Advance | $7,725.22 |
| 4/9/2018 | $4,905.00 | Insurance Advance | $12,630.22 |

**WHEREFORE**, Secured Creditor respectfully requests that Debtor's Objection to Claim No. 2-1 be overruled, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☐ Marc C. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served

electronically by CM/ECF or by U.S. Mail, first-class postage pre-paid to all parties on the

attached Mailing List this ~~2nd~~ 25th day of ~~November 2015.~~ June 2018

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:
☐ Marc C. Granger , Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Jan Foreman, Esq., Fla. Bar No.: 58606

**Mailing List**

Kevin Wilfred Quarry
6531 Sw 83 Court
Miami, Florida 33143

Legal Services Of Greater Miami, Inc.
Carolina A. Lombardi, Esq.
Attorney for Debtor(s)
4343 West Flagler Street #100
Miami Florida 33134

Nancy K. Neidich, Trustee
Po Box 279806
Miramar, Florida 33027-

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130